No. 910. SPIGNER *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied. *Burton Marks* and *Harvey A. Schneider* for petitioner. *Thomas C. Lynch,* Attorney General of California, *Doris H. Maier,* Assistant Attorney General, and *Edward H. Hinz, Jr.,* and *Daniel J. Kremer,* Deputy Attorneys General, for respondent.

No. 962. McMANIGAL *v.* SIMON ET AL. C. A. 7th Cir. Certiorari denied. *Charles V. Falkenberg* for petitioner. *John J. Stamos, Edward J. Hladis* and *Ronald Butler* for respondents.

No. 986. WHEATLAND HILLS CORP. *v.* MORTON. Dist. Ct. App. Fla., 3d Dist. Certiorari denied. *Eugene Gressman, Harvey J. Abel* and *Allan Milledge* for petitioner. *Marion E. Sibley* and *Irving B. Levenson* for respondent.

No. 1026. PEARSON *v.* HURSH, STATE WELFARE COMMISSIONER. C. A. 8th Cir. Certiorari denied.

No. 1041. WESTERN PACIFIC RAILROAD CO. ET AL. *v.* HABERMEYER ET AL., MEMBERS OF RAILROAD RETIREMENT BOARD, ET AL. C. A. 9th Cir. Certiorari denied. *Burnham Enersen* and *Richard Murray* for petitioners. *Solicitor General Griswold, Assistant Attorney General Weisl, Morton Hollander* and *Leonard Schaitman* for respondents.

No. 1060. JONES *v.* CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied. *Morris Lavine* for petitioner.